IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY											PLAINTIFF
ADC #760343

V.					Case No. 3:21-cv-00141-LPR

PAYNE, Director, ADC, *et al.*							DEFENDANTS

## ORDER

On July 26, 2021, Plaintiff Lisa Murphy ("Plaintiff"), an inmate in the Arkansas Division of Correction ("ADC"), filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (*Doc. 2*). On November 19, 2021, the Court entered an Initial Order for *Pro Se* Prisoners that, among other things: (1) informed Plaintiff of her obligation to comply with Local Rule 5.5(c)(2); and (2) directed that Plaintiff, no later than December 20, 2021, either submit a completed application to proceed *in forma pauperis* or pay the $402 filing fee in full. *Doc. 5*. Plaintiff has not complied with or otherwise responded to the November 19, 2021 Order, and the time for doing so has passed.[1]

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630–31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

---

[1] The ADC's online inmate roster no longer lists Plaintiff as an ADC inmate. ADC Inmate Search, https://apps.ark.org/inmate_info/search.php (last visited Dec. 21, 2021). Under Local Rule 5.5(c)(2), it is Plaintiff's responsibility to promptly notify the Court of an address change. She has not done so.

IT IS SO ORDERED this 4th day of January, 2022.

                                                        _____
                                                        LEE P. RUDOFSKY
                                                        UNITED STATES DISTRICT JUDGE