IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA MURPHY**                                                                    **PLAINTIFF**
**ADC #760343**

V.                        Case No. 3:21-cv-00141-LPR

**PAYNE, Director, ADC,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on January 4, 2022, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 4th day of January, 2022.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE